# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| MARLO RENEE FIELDS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 20-0580-MU |
| HL-A CO., INC., | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITH PREJUDICE** as a sanction for Plaintiff's failure to prosecute her action (by attending her duly noticed deposition) and obey court orders, *see* Fed.R.Civ.P. 37(b)(2)(A)(v), since no other sanction will suffice.

**DONE** this the 21st day of October, 2021.

 s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**